**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>    Defendants. | CASE No.: 1:19-cv-04349-NGG-RER<br><br>**NOTICE OF MOTION OF MARK MIKHLIN TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Mark Mikhlin ("Movant") hereby moves this Court, the Honorable Nicholas G. Garaufis, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

  (a) appointing Movant to serve as Lead Plaintiff in this action; and

  (b) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

1

In support of this Motion, Movant submits: (i) the Memorandum of Law dated September 27, 2019 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiffs and Approving Lead Plaintiffs' Selection of Counsel.

Dated: September 27, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    /s/Phillip Kim