Jeff G.Hammel
Direct Dial: (212) 906-1260
jeff.hammel@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 7, 2020

## VIA ECF & FACSIMILE

The Honorable Nicholas G. Garaufis
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Room 1426 S
Brooklyn, NY 11201

Re:   *Mikhlin v. Oasmia Pharmaceutical AB et al.*, 1:19-cv-04349-NGG-RER
(E.D.N.Y. filed July 29, 2019): Letter Motion Requesting Stay

Dear Judge Garaufis:

We represent Defendant Oasmia Pharmaceutical AB in this case.  We write jointly with Co-Lead Plaintiffs Mark Mikhlin, Jeffrey Oster, and Rosalind Schoof to request that Your Honor stay proceedings in this matter so that the parties may attempt to resolve the matter through formal mediation.

Under the current schedule, Defendant's deadline to answer or otherwise respond to the complaint is January 14, 2020.  Defendant intends to file a pre-motion letter requesting a conference regarding an anticipated motion to dismiss.  Pursuant to the Court's rules, such a letter would be due on January 10, 2020.  The parties, however, have agreed to pursue a resolution of this matter through mediation.  We have agreed to work with a mediator, Jed D. Melnick, who is experienced in resolving securities class actions such as this.  *See*, *e.g.,* https://www.weinsteinmelnick.com/jed-melnick.  Although a mediation date has not yet been set, we anticipate a mediation date in March.

To facilitate these efforts and to preserve the parties' resources, the parties jointly request that Your Honor stay all proceedings in this case, including all dates related to Defendant's deadline to answer or otherwise respond to Plaintiffs' amended complaint.  In the event that Your Honor grants the parties' joint request for a stay but the mediation proves to be unsuccessful, the parties will promptly notify you and be prepared to move forward with

**Jeff G. Hammel**
**January 7, 2020**
**Page 2**

# LATHAM&WATKINS LLP

litigation at that time.  The parties are available for a status conference if Your Honor wishes to discuss this matter further.

This is the first request for a stay by any party in this case.  Thank you in advance for your attention to this matter.

Respectfully submitted,

/s/ Jeff G. Hammel
Jeff G. Hammel

cc: All Counsel of Record (via ECF)