# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>       Defendants. | No. 1:19-cv-04349-NGG-RER<br><br><u>CLASS ACTION</u> |

## NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

PLEASE TAKE NOTICE that Lead Plaintiffs Jeffrey Oster, Rosalind Schoof, and Mark Mikhlin ("Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court on a date and at such time as may be designated by the Honorable Nicholas G. Garaufis, United States District Judge of the United States District Court for the Eastern District of New York, United States Courthouse, Room 1426 S, 225 Cadman Plaza East, Brooklyn, NY 11201, or telephonically or by videoconference, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying, for settlement purposes only, the proposed Settlement Class; (iii) approving the Settling Parties' proposed form and method of giving notice to the proposed Settlement Class; and (iv) setting a date for a Settlement Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member

1

objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Plaintiffs' Counsel's application for attorneys' fees and expenses.

This motion is based on this Notice of Unopposed Motion, the Stipulation and Agreement of Settlement, and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Settling Defendants do not oppose the relief requested by this motion.

DATED:  June 12, 2020              Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By */s/ Danielle Smith*
        DANIELLE SMITH

Reed Kathrein
Lucas E. Gilmore
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
danielles@hbsslaw.com
reed@hbsslaw.com
lucasg@hbsslaw.com

Jason A. Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs
and the Proposed Class*

Dated: June 12, 2020                **THE ROSEN LAW FIRM, P.A.**

By: /s/ Jonathan Horne
Jonathan Horne (JH 7258)
Phillip Kim (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
   pkim@rosenlegal.com
   lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the
proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Executed on June 12, 2020                        /s/ Jonathan Horne
                                                                           Jonathan Horne