**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>                              Defendants. | No. 1:19-cv-04349-NGG-RER<br><br>CLASS ACTION |

**DECLARATION OF JONATHAN R. HORNE IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Jonathan R. Horne, declare as follows pursuant to 28 U.S.C. § 1746.

1.      I am counsel at The Rosen Law Firm, P.A., Co-Lead Counsel for Lead Plaintiffs Jeffrey Oster, Rosalind Schoof, and Mark Mikhlin ("Plaintiffs") in the above- captioned action. I have been admitted to this court.

2.      I submit this Declaration in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures.

3.      I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently hereto.

4.      Attached as Exhibit A is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

1

2

5.      Attached as Exhibit B is a true and correct copy of Hagens Berman Sobol Shapiro LLP's firm resume.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2020

/s/ Jonathan R. Horne
Jonathan R. Horne

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, a true and correct copy of the foregoing

**DECLARATION OF JONATHAN R. HORNE IN SUPPORT OF UNOPPOSED MOTION**

**FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND**

**ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF

system, which sent notification of such filing to counsel of record.


Executed on June 12, 2020                              /s/ Jonathan Horne
                                                       Jonathan Horne