# Exhibit A-3

EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>                    Defendants. | No.  1:19-cv-04349-NGG-RER<br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

**TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED OASMIA PHARMACEUTICAL AB ADSs FROM OCTOBER 23, 2015 THROUGH OCTOBER 14, 2019, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on _____, 2020, at __:__ _.m. before the Honorable Nicholas G. Garaufis, United States District Judge of the Eastern District of New York, United States Courthouse, Room 1426 S, 225 Cadman Plaza East, Brooklyn, NY 11201 for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned Action ( "Settlement") for consideration including the sum of $2,350,000 ( "Settlement Amount") should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of attorneys for Lead Plaintiffs ("Plaintiffs' Counsel") for an award of

1

EXHIBIT A-3

attorneys' fees of up one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $70,000 and an incentive payment of no more than $18,000 in aggregate, or $6,000 each, to Lead Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated _____, 2020 (the "Settlement Stipulation"). The Court may also hold the hearing telephonically or by videoconference.

If you purchased Oasmia Pharmaceutical AB ("Oasmia") publicly-traded American Depository Shares ("ADS") during the period from October 23, 2015 through October 14, 2019, both dates inclusive (the "Settlement Class Period"), you are a "Settlement Class Member" and your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Oasmia securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator at: Oasmia Pharmaceutical AB Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must electronically submit a properly completed Proof of Claim by 11:59 p.m. on ____ ___, 2020 to the Claims Administrator, establishing that you are entitled to recovery. If you are unable to electronically submit a Proof of Claim, you may mail a Proof of Claim at your own expense. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than _____, 2020 to the Claims Administrator, establishing that you are entitled to recovery.

EXHIBIT A-3

Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you want to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2020, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2020, to each of the following:

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

LEAD COUNSEL:


Jonathan Horne
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016


COUNSEL FOR DEFENDANTS:

Jeff G. Hammel
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

3

EXHIBIT A-3

HAGENS BERMAN SOBOL SHAPIRO LLP
Danielle Smith
Reed Kathrein
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
danielles@hbsslaw.com

THE ROSEN LAW FIRM, P.A.
Jonathan Horne
275 Madison Avenue, 40th Floor
New York, New York 10016
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2020                   _____
                                                BY ORDER OF THE UNITED STATES
                                                DISTRICT COURT FOR THE EASTERN
                                                DISTRICT OF NEW YORK

4