**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM, <br><br> Defendants. | No.  1:19-cv-04349-NGG-RER <br><br> CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF ORDER**
**PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE**
**PROCEDURES**

Lead Plaintiffs Jeffrey Oster, Rosalind Schoof, and Mark Mikhlin ("Movants") respectfully submit this Notice of Non-Opposition to Lead Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures ("Preliminary Approval Motion"), ECF Nos. 27-30.

The Preliminary Approval Motion was filed on June 12, 2020. Any oppositions were due by June 26, 2020. To date, no opposition has been filed. The Preliminary Approval Motion is therefore unopposed.

The Court should grant the Preliminary Approval Motion, so that notice of the settlement can be issued to Class Members and the settlement can proceed to the final approval stage where the Court will weigh the merits of the settlement to determine whether the settlement is fair, reasonable, and adequate.

DATED:  July 13, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By:  /s/ *Jonathan Horne*
Jonathan Horne (JH 7258)
Phillip Kim (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: jhorne@rosenlegal.com
        pkim@rosenlegal.com
        lrosen@rosenlegal.com

DATED: July 13, 2020

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  */s/ Danielle Smith*
     DANIELLE SMITH

Reed Kathrein
Lucas E. Gilmore
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
danielles@hbsslaw.com
reed@hbsslaw.com
lucasg@hbsslaw.com

Jason A. Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of July 2020, a true and correct copy of the foregoing

**NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on July 13, 2020                          /s/ *Jonathan Horne*
                                                         Jonathan Horne