**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>*Defendants*. | Case No.: 1:19-cv-04349-NGG-RER |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF**

PLEASE TAKE NOTICE that on May 19, 2021 at 11:00 a.m. in Courtroom 1426 S of the Theodore Roosevelt United States Courthouse, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, or as soon thereafter as the Parties can be heard, Lead Plaintiffs will and hereby do move the Court, the Honorable Nicholas G. Garaufis for Final Approval of the Proposed Class Action.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandums of Law, the accompanying Joint Declaration of Reed R. Kathrein and Jonathan Horne in Support of (1) Lead Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement and (2) Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursements of Expenses, and Award to Lead Plaintiffs, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this Motion.

Dated:  April 21, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Reed R. Kathrein*

Reed R. Kathrein (*pro hac vice*)
Danielle Smith (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

- 2 -

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel*

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jonathan Horne*

Jonathan Horne
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email: pkim@rosenlegal.com
Email: jhorne@rosenlegal.com

*Co-Lead Counsel*