# EXHIBIT 1

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>          Defendants. | No.  1:19-cv-04349-NGG-RER<br><br>CLASS ACTION |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING (I) THE MAILING OF THE NOTICE AND CLAIM FORM, (II) THE PUBLICATION OF THE SUMMARY NOTICE, (III) EXCLUSIONS SUBMITTED, AND (IV) OBJECTIONS RECEIVED**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception.  Pursuant to the Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated January 6, 2021 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this Declaration in order to provide the Court and the Parties information regarding the mailing of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Claim Form", and with the Notice, "Notice and Claim Form") to potential Settlement Class Members, as well as updates concerning

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 29, 2020 (the "Stipulation").

1

other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## <u>MAILING OF NOTICE AND CLAIM FORM</u>

2.      To provide actual notice to those persons and entities who purchased publicly traded American Depositary Shares ("ADSs") of Oasmia Pharmaceutical AB ("Oasmia") during the period from October 23, 2015 through October 14, 2019, inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Notice and Claim Form to potential members of the Settlement Class. A true and correct copy of the Notice and Claim Form is attached as **Exhibit A**.

3.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master mailing list consisting of 681 banks and brokerage companies, as well as 590 mutual funds, insurance companies, pension funds, and money managers. On January 13, 2021, SCS caused a letter to be mailed or e-mailed to the 1,271 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that, within 10 calendar days from the date of the letter, they either send a Notice and Claim Form to their customers who may be beneficial purchasers/owners, or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial owners so that SCS could promptly send the Notice and Claim Form directly to them. A copy of the letter sent to these nominees is attached as **Exhibit B**.

4.      Following this mailing, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Notice and Claim Form be mailed by SCS, and SCS received requests from nominees for Notice and Claim Forms so that

2

the nominees could forward them to their customers. To date, SCS has mailed 6,640 Notice and Claim Forms.  Additionally, a direct link from the webpage for the Notice and Claim Form was sent by email from SCS to 7 clients of one of the nominees and from one of the nominees to 2,761 of their clients.  In total 9,408 potential Settlement Class Members were notified either by Notice and Claim Form or email of link of Notice and Claim Form.

5.    SCS also sent the Depository Trust Company ("DTC") a Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on January 13, 2021. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

6.    Out of the 9,408 Notice and Claim Forms mailed, 341 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 13, and SCS immediately mailed another Notice and Claim Form to the updated addresses.  The remaining 328 Notice and Claim Form returned as undeliverable were "skip-traced" to obtain updated addresses and 180 were re-mailed to updated addresses.

### PUBLICATION OF THE SUMMARY NOTICE

7.    Pursuant to the Court's Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business Daily* on February 1, 2021, as shown in the confirmation of publication attached hereto as **Exhibit C**.

### SETTLEMENT WEBPAGE

8.    On January 13, 2021, SCS established the dedicated webpage, www.strategicclaims.net/oasmia/, which is accessible 24 hours a day, 7 days a week.  The webpage contains a current status of the case, case deadlines, an online claim filing link, and important documents such as the Notice and Claim Form, Preliminary Approval Order, and Stipulation.

## **TOLL-FREE HELPLINE**

9.      SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Notice and Claim Form and Summary Notice.  SCS made the toll-free helpline available on January 13, 2021 for Settlement Class Members to call and obtain information about the Settlement.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## **REQUESTS FOR EXCLUSION RECEIVED TO DATE**

10.      The Notice, Summary Notice, and Settlement Webpage all informed potential Settlement Class Members that written requests for exclusion are to be mailed or otherwise be delivered to Oasmia Pharmaceutical AB. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063, such that they were received no later than April 28, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

11.      Although Settlement Class Members who wish to object to the Settlement, any part of the Settlement, and/or to Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs, are to file objections with the Clerk of the Court and serve the papers on counsel on or before April 28, 2021, SCS has checked its mail as well and, as of the date of this Declaration, has received no objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of April 2021, in Media, Pennsylvania.

*Josephine B ravata*

Josephine Bravata


EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br><br>                              Defendants. | No.  1:19-cv-04349-NGG-RER<br><br>CLASS ACTION |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased the publicly traded American Depositary Shares ("ADSs") of Oasmia Pharmaceutical AB ("Oasmia") from October 23, 2015 through October 14, 2019, both dates inclusive (the "Settlement Class Period"), you could get a payment from a proposed class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide Two Million Three Hundred Fifty Thousand dollars ($2,350,000) (the "Settlement Amount") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Oasmia securities during the Settlement Class Period ("Settlement Class Members").

- The Settlement represents an estimated average recovery of $.92 per American Depository Share ("ADS") of Oasmia for the approximately 2,561,500 ADSs issued in the October 2015 offering. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Oasmia securities, and the total number of claims filed.

- Attorneys for Lead Plaintiffs ("Plaintiffs' Counsel") will ask the Court to award them fees of up to $783,333.33 (one-third of the Settlement Amount) plus interest, reimbursement of no more than $70,000 in litigation expenses, and an Award to Lead Plaintiffs collectively not to exceed $18,000 ($6,000 each). If approved by the Court, these amounts (totaling an average of $.34 per Oasmia ADS) will be paid from the Settlement Fund.

- The average approximate recovery, after deduction of attorneys' fees and interest and expenses approved by the Court, is $.58 per outstanding Oasmia ADS. This estimate is based on the assumptions set forth in the preceding paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Oasmia ADS, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Oasmia and certain of its officers and directors, Julian Aleksov, Mikael Asp, Anders Lundin, Fredrik Gynnerstedt, Anders Blom, Bo Cederstrand, Alexander Kotsinas, Lars Bergkvist, Per Lango, Hans Liljeblad, Horst Domdey, and Ernst & Young AB, (collectively the "Released Defendants") violated federal securities laws by allegedly making misrepresentations and/or omissions of material fact in various public statements to the investing public. Oasmia has denied and continues to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted by Plaintiffs. Oasmia has also denied, *inter alia*, the allegations that Plaintiffs or the Settlement Class Members have suffered damages or that Plaintiffs or the Settlement Class Members were harmed by the conduct alleged in the Action. Oasmia continues to believe the claims asserted against them in the Action are without merit.

1

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **April 5, 2021**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **April 28, 2021.** This is the only way you can ever be part of any other lawsuit against the Settling Defendants or the other Released Parties about the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **April 28, 2021** about why you do not like the Settlement. You can still submit a claim form. If the Court approves the Settlement, you will be bound by it. |
| **Go To The Hearing** | Ask to speak in Court about the fairness of the Settlement no later than April 28, 2021 at the hearing on **May 19, 2021**. You can still submit a claim form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | | |
|---|---|---|
| Oasmia Pharmaceutical AB Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel.:  866-274-4004<br>Fax:  610-565-7985<br>info@strategicclaims.net | **or** | Jonathan Horne<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>info@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated May 29, 2020 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.    **Why did I get this Notice?**

You or someone in your family may have acquired Oasmia publicly-traded ADSs listed on United States stock exchanges of Oasmia between October 23, 2015 through October 14, 2019, both dates inclusive.

2

**2.      What is this lawsuit about?**

The case is known as *Mikhlin v. Oasmia Pharmaceutical AB et al.*, No. 1:19-cv-04349 (E.D.N.Y.) (the "Action"). The Court in charge of the case is the United States District Court for the Eastern District of New York.

The Action involves allegations that Defendants violated certain federal securities laws by making misrepresentations or omissions of material fact concerning Oasmia's operations and internal controls over financial reporting. The Amended Class Action Complaint For Violations Of The Federal Securities Laws ("Complaint") alleges that the misstatements or omissions artificially inflated the price of Oasmia ADS, and that the securities prices dropped in response to certain subsequent disclosures. Oasmia has denied and continues to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

**3.      Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.      Why is there a Settlement?**

Plaintiffs and Oasmia do not agree regarding the merits of Plaintiffs' allegations and the Released Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Oasmia disagree include: (1) whether the Complaint alleges statements that were materially false or misleading or otherwise actionable under federal securities law; (2) whether the Complaint alleges that the Released Defendants acted with scienter; (3) whether the alleged disclosures were corrective disclosures; (4) the causes of the loss in the value of the ADS; and (5) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or the Released Defendants. Instead, Plaintiffs and Oasmia have agreed to settle the case. Plaintiffs and Plaintiffs' Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by the Oasmia. Among the reasons that Plaintiffs and Plaintiffs' Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any on appeal, Plaintiffs might not be able to collect some, or all, of any judgment they are awarded. Moreover, while litigation of this type is usually expensive, even if Plaintiffs' allegations were found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.      How do I know if I am part of the Settlement?**

The Settlement Class consists of those persons, other than Defendants, who purchased Oasmia publicly-traded securities listed on United States stock exchanges during the from October 23, 2015 through October 14, 2019, both dates inclusive, and were allegedly damaged thereby. Excluded from the Settlement Class are Defendants and their immediate families, the officers and directors of the Company

at all relevant times, their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are Defendants, the officers and directors of Oasmia, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Officer or Director Defendants have or had a controlling interest.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Settling Defendants' insurers to pay Two Million Three Hundred Fifty Thousand dollars ($2,350,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Plaintiffs' Counsel, and any Award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Oasmia ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Plaintiffs' Counsel for attorneys' fees, costs, and expenses and to the Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Settlement Class Members pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims ("Authorized Claimants").

**PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation does not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member

4

might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionally allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to the Howard University Investor Justice and Education Clinic.

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

**(I) Recognized Loss for the Company's ADS shares Purchased or Otherwise Acquired During the Settlement Class Period will be calculated as follows:**

(A)     For shares purchased during the Settlement Class Period and sold during the Settlement Class Period, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share as set forth in Inflation Table A below; or (2) the purchase price per share minus the sales price per share

(B)     For shares purchased during the Settlement Class Period and retained as of the close of trading on January 10, 2020, the Recognized Loss will be the *lesser* of: (1) the inflation per share as set forth in Inflation Table A below; or (2) the purchase price per share minus $1.32[1] per share.

(C)     For shares purchased during the Settlement Class Period and sold during the period October 15, 2019 through January 10, 2020, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share as set forth in Inflation Table A below; or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $1.32 per share was the mean (average) daily closing trading price of the Company's ADS shares during the 90-day period beginning on October 15, 2019 and ending on January 10, 2020.

| **Table A** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Sold between October 23, 2015 and February 28, 2017 | Sold between March 1, 2017 and January 21, 2019 | Sold between January 22, 2019 and February 28, 2019 | Sold Between March 1, 2019 and June 26, 2019 | Sold between June 27, 2019 and July 9, 2019 | Sold between July 10, 2019 and October 13, 2019 | Held After October 13, 2019 |
| Bought between October 23, 2015 and February 28, 2017 | $0.00 | $0.46 | $0.95 | $1.49 | $2.05 | $2.89 | $2.94 |
| Bought between March 1, 2017 and January 21, 2019 | N/A | $0.00 | $0.49 | $1.03 | $1.59 | $2.43 | $2.48 |
| Bought between January 22, 2019 and February 28, 2019 | N/A | N/A | $0.00 | $0.54 | $1.10 | $1.94 | $1.99 |
| Bought Between March 1, 2019 and June 26, 2019 | N/A | N/A | N/A | $0.00 | $0.56 | $1.40 | $1.45 |
| Bought between June 27, 2019 and July 9, 2019 | N/A | N/A | N/A | N/A | $0.00 | $0.84 | $0.89 |
| Bought between July 10, 2019 and October 13, 2019 | N/A | N/A | N/A | N/A | N/A | $0.00 | $0.05 |
| Bought After October 13, 2019 | N/A | N/A | N/A | N/A | N/A | N/A | $0.00 |

| **TABLE B** | | | | | | |
|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| | | | | 11/26/2019 | $1.18 | $1.38 |
| 10/15/2019 | $1.46 | $1.46 | | 11/27/2019 | $1.49 | $1.37 |
| 10/16/2019 | $1.41 | $1.44 | | 11/29/2019 | $1.53 | $1.38 |
| 10/17/2019 | $1.49 | $1.45 | | 12/2/2019 | $1.53 | $1.38 |
| 10/18/2019 | $1.50 | $1.47 | | 12/3/2019 | $1.33 | $1.38 |
| 10/21/2019 | $1.49 | $1.47 | | 12/4/2019 | $1.33 | $1.38 |
| 10/22/2019 | $1.49 | $1.47 | | 12/5/2019 | $1.33 | $1.38 |
| 10/23/2019 | $1.49 | $1.47 | | 12/6/2019 | $0.60 | $1.36 |
| 10/24/2019 | $1.49 | $1.48 | | 12/9/2019 | $0.85 | $1.34 |
| 10/25/2019 | $1.49 | $1.48 | | 12/10/2019 | $1.07 | $1.34 |
| 10/28/2019 | $1.47 | $1.48 | | 12/11/2019 | $1.25 | $1.33 |
| 10/29/2019 | $1.47 | $1.47 | | 12/12/2019 | $1.05 | $1.33 |
| 10/30/2019 | $1.47 | $1.47 | | 12/13/2019 | $1.23 | $1.33 |
| 10/31/2019 | $1.47 | $1.47 | | 12/16/2019 | $1.30 | $1.33 |
| 11/1/2019 | $1.39 | $1.47 | | 12/17/2019 | $1.40 | $1.33 |
| 11/4/2019 | $1.45 | $1.47 | | 12/18/2019 | $1.13 | $1.32 |
| 11/5/2019 | $1.44 | $1.46 | | 12/19/2019 | $1.13 | $1.32 |
| 11/6/2019 | $1.44 | $1.46 | | 12/20/2019 | $1.21 | $1.32 |
| 11/7/2019 | $1.44 | $1.46 | | 12/23/2019 | $1.03 | $1.31 |
| 11/8/2019 | $1.25 | $1.45 | | 12/24/2019 | $1.03 | $1.30 |

6

| 11/11/2019 | $1.11 | $1.43 | | 12/26/2019 | $1.11 | $1.30 |
|---|---|---|---|---|---|---|
| 11/12/2019 | $1.19 | $1.42 | | 12/27/2019 | $1.11 | $1.30 |
| 11/13/2019 | $1.37 | $1.42 | | 12/30/2019 | $1.26 | $1.30 |
| 11/14/2019 | $1.58 | $1.43 | | 12/31/2019 | $1.10 | $1.29 |
| 11/15/2019 | $1.34 | $1.42 | | 1/2/2020 | $1.44 | $1.30 |
| 11/18/2019 | $1.35 | $1.42 | | 1/3/2020 | $1.44 | $1.30 |
| 11/19/2019 | $1.21 | $1.41 | | 1/6/2020 | $1.66 | $1.30 |
| 11/20/2019 | $1.05 | $1.40 | | 1/7/2020 | $1.75 | $1.31 |
| 11/21/2019 | $1.18 | $1.39 | | 1/8/2020 | $1.37 | $1.31 |
| 11/22/2019 | $1.15 | $1.38 | | 1/9/2020 | $1.55 | $1.32 |
| 11/25/2019 | $1.18 | $1.37 | | 1/10/2020 | $1.55 | $1.32 |

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions, and sales of the Company ADS during the period from October 23, 2015, through and including January 10, 2020.

Payment pursuant to the Plan of Allocation approved by the Court will be conclusive against all Authorized Claimants. No person will have any claim against Defendants, Defendants' Counsel, Plaintiffs, Plaintiffs' Counsel or the Claims Administrator or other agent designated by Plaintiffs' Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant will be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.     How can I get a payment?**

To qualify for a payment, you should fill out a form online at www.strategicclaims.net or you must send in a form entitled "Proof of Claim and Release Form." If you are unable to fill out a form online, the Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net. Read the instructions carefully, fill out the form, sign it in the location indicated, and mail the claim form together with all documentation requested in the form, **postmarked no later than April 5, 2021**, to:

Oasmia Pharmaceutical AB. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

7

Please note that if you choose to mail a form, you will need to manually enter each transaction.

Typically, most class members submit electronic claims. Submitting a claim by mail significantly increases the time necessary to process the claim, which both delays payments to all Settlement Class Members and reduces the amount of money that can be distributed to Settlement Class Members.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the April 28, 2021 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against Settling Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Settling Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of Oasmia ADSs during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale or ownership of Oasmia securities during the Settlement Class Period. The specific terms of the release are included in the Settlement Stipulation.

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Settling Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Mikhlin v. Oasmia Pharmaceutical AB et al*., No. 1:19-cv-04349 (E.D.N.Y.)", and (B) states the date, number of shares and dollar amount of each Oasmia ADS purchase or acquisition during the Settlement Class Period, and any sale transactions as well as the number of shares of Oasmia ADSs held by you as of October 23, 2015 through October 14, 2019, both dates inclusive. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of Oasmia ADS during the Settlement Class Period; and (ii) demonstrating your status as a beneficial owner of the Oasmia ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than April 28, 2021**, to the Claims Administrator at the following address:

Oasmia Pharmaceutical AB. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Settling Defendants or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Settling Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

8

**13.    Do I have a lawyer in this case?**

The Court appointed Hagens Berman Sobol Shapiro LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel to the Class (collectively "Plaintiffs' Counsel"), to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for Plaintiffs' Counsel is provided below.

**14.    How will the lawyers be paid?**

Plaintiffs' Counsel have spent considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiffs' Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiffs' Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Plaintiffs' Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one-third plus interest of the Settlement Amount ($783,333.33), reimbursement of litigation expenses of no more than $70,000 and an Award to Plaintiffs collectively not to exceed $18,000 ($6,000 each). The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs, or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Mikhlin v. Oasmia Pharmaceutical AB et al.,* No. 1:19-cv-04349 (E.D.N.Y.). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of Oasmia ADSs during the Settlement Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel who may be entitled to compensation in connection with the objection; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than April 28, 2021**:

| | *Plaintiffs' Counsel:* | *Counsel for Defendant Oasmia:* |
|---|---|---|
| Clerk of the Court United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201 | THE ROSEN LAW FIRM, P.A. Jonathan Horne 275 Madison Avenue, 40th Floor New York, NY 10016 | LATHAM & WATKINS LLP Jeff G. Hammel 885 Third Avenue, Suite 1000 New York, NY 10022 |

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

9

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on **May 19, 2021, at 11:00 a.m.**, at the United States District Court, Eastern District of New York, United States Courthouse, Room 1426 S, 225 Cadman Plaza East, Brooklyn, NY 11201. The Court has reserved the right to hold the Settlement Hearing telephonically or by videoconference.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Plaintiffs' Counsel for attorneys' fees and expenses and how much to award Lead Plaintiffs.

**18.    Do I have to come to the hearing?**

No. Plaintiffs' Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Settling Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

### SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

If, between October 23, 2015 and October 14, 2019, inclusive, you purchased, otherwise acquired, or sold Oasmia ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, last known address, and email address (to the extent known)of each person or organization for whom or which you purchased such Oasmia ADSs during such time period or (b) request additional copies of this Notice and the Proof of Claim and Release Form, which will be provided to you free of charge, and within ten (10) days mail the Notice and Proof of Claim and Release Form directly to the beneficial owners of the Oasmia ADSs. If you choose to follow alternative procedure (b), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to a maximum of $0.20 per Notice and Proof of Claim and Release Form plus postage for the current pre-sort rate used by the Claims Administrator if you decide to notify the beneficial owners directly; or $0.05 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator. Those  expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 2 above.

DATED: JANUARY 6, 2021

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  April 5, 2021**

IF YOU PURCHASED OASMIA PHARMACEUTICAL AB ("OASMIA" OR THE "COMPANY") PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADS") LISTED ON UNITED STATES STOCK EXCHANGES DURING THE PERIOD FROM OCTOBER 23, 2015 THROUGH OCTOBER 14, 2019, BOTH DATES INCLUSIVE (THE "SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE CLASS ARE DEFENDANTS, THE OFFICERS AND DIRECTORS OF OASMIA, MEMBERS OF THE INDIVIDUAL DEFENDANTS' IMMEDIATE FAMILIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS AND ANY ENTITY IN WHICH OFFICER OR DIRECTOR DEFENDANTS HAVE OR HAD A CONTROLLING INTEREST.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS FORM IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS.

MOST CLAIMANTS SUBMIT THEIR PROOF OF CLAIM AND RELEASE FORM ELECTRONICALLY.  TO FILE YOUR CLAIM ELECTRONICALLY, YOU MUST COMPLETE AND SUBMIT THE FORM ONLINE AT WWW.STRATEGICCLAIMS.NET NO LATER THAN APRIL 5, 2021.  HOWEVER, YOU MAY ALSO SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN APRIL 5, 2021, TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Oasmia Pharmaceutical AB. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY APRIL 5, 2021 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM AND RELEASE FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

1

## CLAIMANT'S STATEMENT

1. I (we) purchased Oasmia Pharmaceutical AB ("Oasmia") ADSs during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase Oasmia ADSs during the Settlement Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase of Oasmia securities during the period from October 23, 2015 through and including January 10, 2020, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Oasmia securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your recognized loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Settlement Stipulation.

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Settlement Stipulation.

10. "Released Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

OASMIA

## I. CLAIMANT INFORMATION

| Beneficial Owner | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN OASMIA PHARMACEUTICAL AB SECURITIES

**Beginning Holdings:**

A. State the total number of shares of Oasmia Pharmaceutical AB ("Oasmia") securities held at the close of trading on October 22, 2015 (*must be documented).* If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Oasmia. securities between October 23, 2015 through January 10, 2020 both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3

OASMIA

**Sales:**

C.  Separately list each and every sale of Oasmia securities between October 23, 2015 through January 10, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.  State the total number of shares of Oasmia securities held at the close of trading on January 10, 2020 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of New York, with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Oasmia securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

4

OASMIA

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN APRIL 5, 2021  AND MUST BE MAILED TO:**

Oasmia Pharmaceutical AB Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Telephone: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by April 5, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form.  Please notify the Claims Administrator of any change of address.

Oasmia Pharmaceutical AB Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim and Release Form on page 5. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   If you move or change your address, telephone number or email address , please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

EXHIBIT B

**REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS**
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

January 13, 2021

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADSs") LISTED ON UNITED STATES STOCK EXCHANGES OF OASMIA PHARMACEUTICAL AB ("OASMIA") FROM OCTOBER 23, 2015 THROUGH OCTOBER 14, 2019, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are Defendants and their immediate families, the officers and directors of the Company at all relevant times, their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Oasmia Pharmaceutical AB Securities Litigation*<br>No. 1:19-cv-04349-NGG-RER<br>Claim Filing Deadline: April 5, 2021<br>Exclusion Deadline: April 28, 2021<br>Objection Deadline: April 28, 2021<br>Settlement Hearing:  May 19, 2021 | Cusip Number: 67421W109 |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE**

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the mailing of the Notice and Proof of Claim and Release Form. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample forms to do the mailing. After the receipt of the forms, you have ten (10) calendar days to mail them.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
• **$0.05 per email if you email the notice** OR
• **$0.05 per name and address or email address** if you are providing us the records OR
• **$0.20 per name and address, including materials, plus postage at the current pre-sort rate use by the Claims Administrator if** you are requesting Notice Packets and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of this legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and important documents are available on our website www.strategicclaims.net. You can also request a copy via email at info@strategicclaims.net.
Thank you for your prompt response.

Sincerely,
Claims Administrator
Oasmia Pharmaceutical AB Securities Litigation

EXHIBIT C

**Josephine Bravata**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, February 01, 2021 9:01 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

1

**The Rosen Law Firm, P.A. and Hagens Berman Sobol Shapiro LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of American Depositary Shares of Oasmia Pharmaceutical AB – OASMY**

*Cross time: 02/01/21 09:00 AM ET: Eastern Time* - *View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

2

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication:       IBD Weekly
Address:                    12655 Beatrice Street
City, State, Zip:          Los Angeles, CA 90066
Phone #:                   310.448.6700
State of:                   California
County of:                  Los Angeles

I, __Shaun Shen__ for the publisher of __IBD Weekly__ , published in the city of __Los Angeles__ , state of __California__ , county of __Los Angeles__ hereby certify that the attached notice(s) for __Oasmia Pharmaceutical AB__ was printed in said publication on the following date(s):

**FEBRUARY 1, 2021**

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __1st__ day of __February__ , __2021__ , by

_____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Ric C. Ru II_____ (Seal)

RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

INVESTORS.COM                                                                                    WEEK OF FEBRUARY 1, 2021    **B1**



# INVESTOR'S BUSINESS DAILY

**1 Etsy** ETSY                    Grp81  **$199.09**
121 M Shares    99 Comp. Rating  99 EPS  RS 95  ROE 24
Provides online and offline services which enable people to buy and sell handmade goods via etsy.com.

+71% Ann. EPS Growth  PE 111  Avg. D. Vol 3,559,500   Debt 193%
Last Qtr EPS +483%   Prior Qtr +436%   Last Qtr Sales +128%
2 Qtrs EPS above 15%
Due 3/2




Extended, pulls back to test 21-day support.

**2 Crocs** CROX                  Grp79  **$70.02**
65.5 M Shares   99 Comp. Rating  99 EPS  RS 91  ROE 84
Manufactures men's, women's and children's footwear made with proprietary resin material called Croslite.

+137% Ann. EPS Growth PE 31  Avg. D. Vol 1,081,800   Debt 155%
Last Qtr EPS +65%   Prior Qtr +71%   Last Qtr Sales +16%
2 Qtrs EPS above 15%
Due 2/25




In buy range after rebound from 10-week line.

**3 Marinemax** HZO               Grp68  **$41.83**
21.2 M Shares   98 Comp. Rating  99 EPS  RS 90  ROE 18
Operates 77 retail stores in 21 states selling new and used recreational boats, pleasure and fishing boats.

+40% Ann. EPS Growth  PE 10   Avg. D. Vol 481,500   Debt 2%
Last Qtr EPS +154%   Prior Qtr +213%   Last Qtr Sales +35%
3 Qtrs EPS above 15%
Due 4/23



Extended after rebound, tests 21-day support.

**4 Trade Desk** TTD              Grp36  **$765.99**
41.1 M Shares   99 Comp. Rating  96 EPS  RS 92  ROE 35
Self-service platform for ad buyers to purchase and manage data-driven digital advertising campaigns

+50% Ann. EPS Growth  PE 167  Avg. D. Vol 771,000   Debt 0%
Last Qtr EPS +69%   Prior Qtr -3%   Last Qtr Sales +85%
1 Qtrs EPS above 15%
Due 2/20




Consolidates; fifth week below 10-week support.

**5 Logitech Intl** LOGI          Grp104 **$104.92**
165.5 M Shares  99 Comp. Rating  99 EPS  RS 87  ROE 27
Swiss manufacturer of personal peripherals for computers and other digital platforms.

+35% Ann. EPS Growth  PE 20   Avg. D. Vol 808,100   Debt 0%
Last Qtr EPS +192%   Prior Qtr +774%   Last Qtr Sales +85%
3 Qtrs EPS above 15%
Due 5/11



Extended beyond 95.81 cup base entry.

**6 Applied Materials** AMAT      Grp103 **$96.68**
905.2 M Shares  99 Comp. Rating  95 EPS  RS 86  ROE 41
Manufactures deposition, inspection and etching/cleaning equipment used in IC/flat panel display fabrication.

+24% Ann. EPS Growth  PE 23   Avg. D. Vol 6,895,300   Debt 52%
Last Qtr EPS +56%   Prior Qtr +43%   Last Qtr Sales +25%
4 Qtrs EPS above 15%
Due 2/12



Pulls back, still extended 90.71 buy point.

**7 ASML** ASML                   Grp103 **$534.16**
414.2 M Shares  98 Comp. Rating  95 EPS  RS 85  ROE 19
Dutch manufacturer of lithography systems used in the fabrication of integrated circuits.

+14% Ann. EPS Growth  PE 54   Avg. D. Vol 739,000   Debt 22%
Last Qtr EPS +31%   Prior Qtr +83%   Last Qtr Sales +15%
3 Qtrs EPS above 15%
Due 4/15



Still extended from 409.21 alternate entry.

**8 Williams Sonoma** WSM         Grp20  **$128.92**
75.1 M Shares   98 Comp. Rating  95 EPS  RS 85  ROE 30
Operates 614 home furnishings and accessories stores in 43 states, D.C., Puerto Rico, Canada, Australia/U.K.

+20% Ann. EPS Growth  PE 18   Avg. D. Vol 1,300,600   Debt 25%
Last Qtr EPS +151%   Prior Qtr +107%   Last Qtr Sales +24%
2 Qtrs EPS above 15%
Due 3/14



Extended from flat base with 114.75 buy point.

**9 Generac** GNRC                Grp29  **$246.42**
61 M Shares     99 Comp. Rating  94 EPS  RS 88  ROE 35
Manufactures standby power generators/components for residential, oil/gas, industrial/commercial markets

+19% Ann. EPS Growth  PE 42   Avg. D. Vol 846,000   Debt 81%
Last Qtr EPS +45%   Prior Qtr +17%   Last Qtr Sales +17%
2 Qtrs EPS above 15%
Due 2/18



Pulls back, still extended above 234.65 entry.

**10 Ligand Pharma** LGND         Grp37  **$185.35**
14.3 M Shares   98 Comp. Rating  88 EPS  RS 92  ROE 9
Develops pharmaceuticals in the areas of oncology, central nervous system, inflammation, and blood disorders.

-7% Ann. EPS Growth  PE 51   Avg. D. Vol 555,300   Debt 83%
Last Qtr EPS +112%   Prior Qtr +47%   Last Qtr Sales +69%
2 Qtrs EPS above 15%
Due 2/18



Big gain, 127.90 cup entry; can hold for 8 weeks.

**11 PayPal** PYPL                Grp98  **$234.31**
1160 M Shares   97 Comp. Rating  98 EPS  RS 81  ROE 22
Provides digital and mobile payments on behalf of consumers and merchants worldwide.

+25% Ann. EPS Growth  PE 65   Avg. D. Vol 7,928,500   Debt 35%
Last Qtr EPS +41%   Prior Qtr +51%   Last Qtr Sales +25%
2 Qtrs EPS above 15%
Due 1/29e




Holding 10-week line in heavy-volume pullback.

**12 360 Digitech** QFIN          Grp134 **$17.40**
138.1 M Shares  98 Comp. Rating  97 EPS  RS 85  ROE 47
Chinese provider of digital consumer finance platform, consumer financing services through online platform.

+351% Ann. EPS Growth PE 6   Avg. D. Vol 1,163,000   Debt 0%
Last Qtr EPS +74%   Prior Qtr +32%   Last Qtr Sales +51%
2 Qtrs EPS above 15%
Due 3/24

Strong rise towards cup base buy point of 18.16.

**13 Entegris** ENTG              Grp103 **$98.39**
132.3 M Shares  99 Comp. Rating  97 EPS  RS 82  ROE 24
Manufactures contamination control, microenvironment, and specialty materials used in IC fabrication.

+17% Ann. EPS Growth  PE 42   Avg. D. Vol 720,700   Debt 80%
Last Qtr EPS +34%   Prior Qtr +54%   Last Qtr Sales +22%
2 Qtrs EPS above 15%
Due 2/6



Round trips gain from 100.22 entry: sell signal.

**14 Monolithic Pwr Sys** MPWR    Grp29  **$355.29**
43.7 M Shares   99 Comp. Rating  97 EPS  RS 80  ROE 25
Designs analog and mixed signal ICs used in DC/DC converters, LED drivers, LCD backlight inverters

+16% Ann. EPS Growth  PE 75   Avg. D. Vol 493,400   Debt 0%
Last Qtr EPS +56%   Prior Qtr +17%   Last Qtr Sales +54%
2 Qtrs EPS above 15%
Due 2/4

Round trip after nice gain from 358.79 cup entry.

**15 Southern Copper** SCCO       Grp7   **$66.41**
77.3 M Shares   99 Comp. Rating  94 EPS  RS 83  ROE 22
Engaged in the mining of copper and operates mining, smelting and refining facilities in Peru and Mexico.

-7% Ann. EPS Growth  PE 33   Avg. D. Vol 886,600   Debt 96%
Last Qtr EPS +90%   Prior Qtr +30%   Last Qtr Sales +27%
2 Qtrs EPS above 15%
Due 2/5

Entry at 49.29 hit 25% profit; still above 10-wk.

---

SMARTSELECT® COMPOSITE RATING

| Rank | Company | Price | EPS Rtg | Rel Str Rtg | Annual EPS %Chg | Last Qtr EPS %Chg | Next Qtr EPS %Chg | Last Qtr Sales %Chg | ROE | Pretax mrgn | Mgt Own % |
|---|---|---|---|---|---|---|---|---|---|---|---|

### COMPANIES 1-15

**1  Etsy**  199.1  99  99  95  +178  +483  +132  +128  24  9  4
Online marketplace for artisans has big overseas growth plans.

**2  Crocs**  70.02  99  99  91  +75  +65  +533  +16  84  10  2
Blockbuster partnership with Justin Bieber boosts Q3 results.

**3  Marinemax**  41.83  98  99  90  +16  +154  +139  +35  18  6  4
Clearwater, Fla., firm is nation's No. 1 boat, yacht chain.

**4  Trade Desk**  766.0  99  96  92  +34  +69  +26  +32  35  29  2
Makes partnership to expand company's reach in Chinese ad market.

**5  Logitech Intl**  104.9  99  87  +164  +192  +76  +85  27  13  1
Major supplier of PC and consumer electronic device peripherals.

**6  Applied Materials**  96.68  99  95  86  +22  +56  +31  +25  41  25  1
Supplies equipment and services for making semiconductor chips.

**7  ASML**  534.2  98  95  85  +20  +31  +184  +15  19  23  1
Dutch maker of lithography systems used to make semiconductors.

**8  Williams Sonoma**  128.9  99  95  85  +74  +151  +56  +22  30  8  2
Global expansion, new line of lamps among its catalysts.

**9  Generac**  246.4  98  94  88  +24  +45  +28  +17  35  16  3
Bad weather, aging U.S. power grid are driving demand for generators.

**10  Ligand Pharma**  185.4  98  88  92  +24  +112  +39  +69  9  64  10
Acquisition gave company entry into DNA research field.

**11  PayPal**  234.3  97  98  81  +28  +41  +20  +25  22  24  1
Ex-eBay unit is a giant in e-payments; owns Venmo, Honey apps.

**12  360 Digitech**  17.40  98  97  85  +32  +74  +112  +51  47  34  8
Chinese digital consumer finance platform provider.

**13  Entegris**  98.39  99  97  82  +28  +34  +20  +22  24  20  2
Purity products and processes help chipmakers boost output, quality.

**14  Monolithic Power**  355.3  99  97  80  +27  +56  +19  +54  25  30  3
Power management chips find use in cars, gaming, notebooks, servers.

**15  Southern Copper**  66.41  99  94  83  +51  +90  +168  +27  22  33  1
Judge orders Americas Mining to return shares of Southern Copper.

### How To Succeed With IBD 50

The IBD 50 is a weekly computer-generated watch list of market leading growth stocks. We use earnings, sales plus other basics & price action. Don't buy a stock solely on it being in the list. Scan charts for ones near buy points, in price bases or at support areas like a 10-week moving average. See Investors.com for further research. Be sure to read an archived story & analyze your stock with IBD's Stock Checkup.

---

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated, Plaintiff,
v.
OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM, Defendants.

No. 1:19-cv-04349-NGG-RER

CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**
**TO:** ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED OASMIA PHARMACEUTICAL AB ADSs FROM OCTOBER 23, 2015 THROUGH OCTOBER 14, 2019, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on May 19, 2021, at 11:00 a.m. before the Honorable Nicholas G. Garaufis, United States District Judge of the Eastern District of New York, United States Courthouse, Room 1426 S, 225 Cadman Plaza East, Brooklyn, NY 11201 for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned Action ("Settlement") for consideration including the sum of $2,350,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the settlement proceeds is fair, reasonable, and adequate; (3) whether the application of attorneys for Lead Plaintiffs ("Plaintiffs' Counsel") for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $70,000 and an incentive payment of no more than $18,000 in aggregate, or $6,000 each, to Lead Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated May 29, 2020 (the "Settlement Stipulation"). The Court may also hold the hearing telephonically or by videoconference.

If you purchased Oasmia Pharmaceutical AB ("Oasmia") publicly-traded American Depository Shares ("ADS") during the period from October 23, 2015 through October 14, 2019, both dates inclusive (the "Settlement Class Period"), you are a "Settlement Class Member" and your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Oasmia securities. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling the Claims Administrator at: Oasmia Pharmaceutical AB Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must electronically submit a properly completed Proof of Claim by 11:59 p.m. on April 5, 2021 to the Claims Administrator, establishing that you are entitled to recovery. If you are unable to electronically submit a Proof of Claim, you may mail a Proof of Claim at your own expense. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than April 5, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you want to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than April 28, 2021, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than April 28, 2021, to each of the following:

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

LEAD COUNSEL:
Jonathan Horne
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016

COUNSEL FOR DEFENDANTS:
Jeff G. Hammel
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

HAGENS BERMAN SOBOL SHAPIRO LLP
Danielle Smith
Reed Kathrein
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
danielles@hbsslaw.com

THE ROSEN LAW FIRM, P.A.
Jonathan Horne
275 Madison Avenue, 40th Floor
New York, New York 10016
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: January 6, 2021

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK



**Searching for the best stocks?**
**Leaderboard does the work for you.**



Start your **free 2-week trial** today and start realizing bigger profits!



Call **1.800.831.2525** or go to **investors.com/LB1**

**Leaderboard** BY INVESTOR'S BUSINESS DAILY

© 2021 Investor's Business Daily, Inc. Investor's Business Daily, IBD, CAN SLIM and corresponding logos are registered trademarks owned by Investor's Business Daily, Inc.

# ATTENTION INVESTORS!

## GET HIGH PROBABILITY INVESTING FOR YOUR PORTFOLIO



**Trading System Viewer**   POWERED BY AutoTimer

Trading System Details | Paper Trade in Portfolios | Trade with ROBOTRADER

| Name | 1 Year | 1 Year % |
|---|---|---|
| Russell 2000/RT 50/10 | | +362.4 % |
| S&P600 Small Cap/RT - PL Spec | | +236.0 % |
| S&P400 MidCap/RT - 40/10 | | +229.9 % |
| Blyar's Bottom Feeders 50/10 | | +195.3 % |
| Bottoms Up 50/10 | | +170.7 % |
| Show Me the Money Long - T15 | | +159.5 % |

**Eliminate emotional trading and instantly know the top-performing trading systems, allowing you to trade what's working now!**

This amazing tool solves the biggest problems most of us have in selecting, implementing, and sticking to a trading plan or system—

- Emotional trading (fear, greed and second guessing)
- Knowing exactly when to buy
- Knowing precisely when to sell

And it's included in your VectorVest Trial Subscription!

### Special Trial Offer
Try VectorVest Risk-Free for 30 Days, Only $9.95

▶ Get started now!  www.VectorVest.com/IBD



**1-888-658-7638**