# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, JEFFREY OSTER, and ROSALIND SCHOOF, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, ANDERS BLOM, BO CEDERSTRAND, ALEXANDER KOTSINAS, LARS BERGKVIST, PER LANGÖ, HANS LILJEBLAD, HORST DOMDEY, and ERNST & YOUNG AB, <br><br> *Defendants*. | Case No.: 1:19-cv-04349-NGG-RER <br><br> CLASS ACTION <br><br><br> **DECLARATION OF JONATHAN HORNE ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES** |

Jonathan Horne declares under 28 U.S.C. § 1746:

1.      I am a partner in The Rosen Law Firm, P.A. ("Rosen"), which along with Hagens Berman Sobol Shapiro LLP ("Hagens Berman") is Co-Lead Counsel for plaintiffs Jeffrey Oster, Rosalind Schoof, And Mark Mikhlin ("Lead Plaintiffs") in the Action. I submit this declaration in support of Lead Plaintiffs' motions for: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiffs.

2.      I have personal knowledge of the matters described in this declaration and am competent to testify thereto.

3.      As set forth in detail in the accompanying Joint Declaration of Reed R. Kathrein and Jonathan Horne of (1) Lead Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement and (2) Co-Lead Counsel's Motion for an Award of Attorney's Fees, Reimbursement of

1

Expenses, and Award to Lead Plaintiffs (the "Joint Declaration"), Rosen has been directly involved in all aspects of this litigation.

4.    Rosen's lodestar through April 9, 2021, is $195,703.00. The total amount of time expended by my firm's attorneys and paralegals is 253.76 hours.

5.    The chart below is a summary of the amount of time expended by each of my firm's partners, attorneys, and professional support staff who were involved in the Action. The lodestar calculations were based on my firm's billing rates.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available for inspection at the request of the Court. Time expended in preparing this and prior applications fees has not been included in this request.

| Name | Current Hourly Rate | Total Hours Worked on Case | Total Lodestar |
|---|---|---|---|
| Phillip Kim (P) | $925 | 43 | $39,775.00 |
| Jonathan Horne (P)* | $800 | 149.1 | $119,280.00 |
| Brian Alexander (A) | $750 | 25.4 | $19,050.00 |
| Erica Stone (A) | $675 | 4.06 | $2,740.50 |
| Stephen Shepardson (A) | $600 | 6.7 | $4,020.00 |
| Ryan Hedrick (PL) | $425 | 25.5 | $10,837.50 |
| **TOTALS:** | | **253.76** | **$195,703.00** |

Partner (P)
Associate (A)
*Mr. Horne was elevated to the partnership during the pendency of this case

6.    The hourly rates above for my firm's partners, attorneys and professional staff are based on the equivalent rates of competitor firms and opposing counsel, including partnership status, education, years of relevant experience, and reputation. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.

7.    Rosen spent a total of $27,911.75 in unreimbursed expenses in connection with the prosecution of the Action, as detailed in the chart below.

| Category of Expenses | Amount |
|---|---:|
| Court Fees/Filing Fees | $400.00 |
| Copying/Printing | $2.00 |
| Experts | $15,312.00 |
| Mediation Fees | $5,079.00 |
| Legal Research/ECF/PACER | $2,641.62 |
| Overnight/Hand Delivery | $17.28 |
| Service of Process | $45.00 |
| Telephone/Fax | $13.93 |
| Transcripts/Court Reporters/Translations | $589.49 |
| Travel/Transportation/Hotels/Meals | $0.00 |
| Miscellaneous (Press Releases and Notice to Class Members) | $3,810.86 |
| **TOTAL EXPENSES:** | **$27,911.18** |

8    The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of the action.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  April 21, 2021                    */s/ Jonathan Horne*
                                          JONATHAN HORNE

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jonathan Horne*
JONATHAN HORNE
