**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, JEFFREY OSTER, and ROSALIND SCHOOF, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, ANDERS BLOM, BO CEDERSTRAND, ALEXANDER KOTSINAS, LARS BERGKVIST, PER LANGÖ, HANS LILJEBLAD, HORST DOMDEY, and ERNST & YOUNG AB, <br><br> *Defendants*. | Case No.: 1:19-cv-04349-NGG-RER <br><br> <u>CLASS ACTION</u> <br><br><br> **REPLY MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND (2) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO LEAD PLAINTIFFS** |

Lead Plaintiffs Mark Mikhlin, Jeffrey Oster, and Rosalind Schoof ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class, submit this reply memorandum of law in further support of their motions: (1) for final approval of proposed class action settlement and (2) for an award of attorneys' fees, reimbursement of expenses, and award to Lead Plaintiffs. Plaintiffs also submit the Supplemental Declaration of Paul Mulholland Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusions and Objections ("Supp. Mulholland Decl."), filed herewith, in support of their motions.[1]

The Court-ordered deadline for Settlement Class Members to object to the Settlement, Plan of Allocation, requested attorneys' fees and expenses, or requested awards to Plaintiffs, or to opt

---

[1] Unless otherwise indicated, all capitalized terms have the meanings ascribed to them in the Stipulation of Settlement filed with the Court on June 12, 2020. ECF No. 30.

- 1 -

out of the Settlement Class, was April 28, 2021. To date, not one objection has been filed (timely or otherwise) and no Settlement Class Members (or anyone else) has requested exclusion.

A "[l]ack of objection is strong evidence of the settlement's fairness." *In re Luxottica Grp. S.p.A. Sec. Litig.*, 233 F.R.D. 306, 311 (E.D.N.Y. 2006); *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 462 (2d Cir. 1974) (approving settlement where 20 objectors appeared from group of 14,156 claimants). "Indeed, the favorable reaction of the overwhelming majority of class members to the Settlement is perhaps the most significant factor in our Grinnell inquiry." *Wal-Mart, Inc. v. Visa U.S.A.*, Inc., 396 F.3d 96, 119 (2d Cir. 2005).

Here, the Claims Administrator completed a robust notice program that the Court approved which included mailing and emailing 9,401 Notice and Claim Forms to identifiable Settlement Class Members or their nominees, disseminating Summary Notice electronically over *GlobeNewswire*, and publishing all relevant Settlement documents on the Claims Administrator's website. The Claims Administrator also followed-up with additional efforts to notify Settlement Class Members by sending reminder notices and emails to those members who did not respond to the Claims Administrator's initial request.

The lack of any objections also supports awarding the requested attorneys' fees and expenses, the amounts of which were included in the Notice. *See In re Telik, Inc. Sec. Litig.*, 576 F. Supp. 2d. 570, 594 (S.D.N.Y. 2008) ("That only one objection to the fee request was received is powerful evidence that the requested fee is fair and reasonable"); *see also In re Crazy Eddie Sec. Litig.*, 824 F. Supp. 320, 327 (E.D.N.Y. 1993) (lack of objections to requested fee supported its reasonableness).

The deadline to opt out of the Settlement was April 28, 2021. To date, no Settlement Class Members requested exclusion from the Settlement. *See* Supp. Mulholland Decl. ¶ 8. The lack of

- 3 -

requests for exclusion support approval. *See, e.g.*, *Luxottica*, 233 F.R.D. at 312 (lack of requests for exclusion from settlement "strongly supports approval of the settlement"); *Morris v. Affinity Health Plan, Inc.*, 859 F. Supp. 2d 611, 619 (S.D.N.Y. 2012) (where only 16 of 1,500 class members requested exclusion from the settlement, the "response demonstrate[d] strong support for the settlement.").

Settlement Class Members' reaction supports approval of the Settlement and requested attorneys' fees, expenses and award to Plaintiffs.

I.    **CONCLUSION**

For the reasons stated herein and in Lead Plaintiffs' previously filed memoranda, the Court should enter the [Proposed] Order and Final Judgment (ECF No. 36-1), award attorneys' fees of $783,333, award reimbursement of $40,727.96 in expenses, and award Lead Plaintiffs $6,000 each, for a total of $18,000.

DATED:  May 12, 2021                              Respectfully submitted,

                                                  **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                                  By: */s/ Reed R. Kathrein*

                                                  Reed R. Kathrein (*pro hac vice*)
                                                  Danielle Smith (*pro hac vice*)
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  715 Hearst Avenue, Suite 202
                                                  Berkeley, CA 94710
                                                  Telephone: (510) 725-3000
                                                  Facsimile:  (510) 725-3001
                                                  reed@hbsslaw.com
                                                  danielles@hbsslaw.com

                                                  Steve W. Berman
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  1301 Second Avenue, Suite 2000
                                                  Seattle, WA 98101
                                                  Telephone: (206) 623-7292
                                                  Facsimile:  (206) 623-0594
                                                  steve@hbsslaw.com

                                                  *Co-Lead Counsel*

                                                  **THE ROSEN LAW FIRM, P.A.**

                                                  By: */s/ Jonathan Horne*

                                                  Jonathan Horne
                                                  Phillip Kim
                                                  275 Madison Avenue, 40th Floor
                                                  New York, New York 10016
                                                  Telephone: (212) 686-1060
                                                  Facsimile:  (212) 202-3827
                                                  Email: pkim@rosenlegal.com
                                                  Email: jhorne@rosenlegal.com

                                                  *Co-Lead Counsel*

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jonathan Horne*
Jonathan Horne