**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK MIKHLIN, Individually and On Behalf of All Others Similarly Situated,<br>                                        Plaintiff,<br><br>v.<br><br>OASMIA PHARMACEUTICAL AB, JULIAN ALEKSOV, MIKAEL ASP, ANDERS LUNDIN, FREDRIK GYNNERSTEDT, and ANDERS BLOM,<br>                                        Defendants. | No.  1:19-cv-04349-NGG-RER<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Paul Mulholland, declare as follows:

1.      I am a Certified Public Accountant (inactive) and president of Strategic Claims Services ("SCS").  I have thirty years of experience specializing in litigation support services principally in the area of administration of securities class action settlements.  I have administered over five-hundred class action settlements.  I have also testified as an expert witness in securities and other class action matters. Strategic Claims Services ("SCS"), a nationally recognized class action administration firm[1] was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception. I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Notice and Claim Form to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 29, 2020 (the "Stipulation").

have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF NOTICE AND CLAIM FORM

2.  Pursuant to the Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated January 6, 2021 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator in connection with the Settlement of the above-captioned action.

3.  As noted in the Declaration of Josephine Bravata Concerning (I) Mailing of the Notice and Claim Form, (II) The Publication of the Summary Notice, (III) Exclusions Submitted, and (IV) Objections Received, dated April 21, 2021 (the "Bravata Declaration"), SCS mailed or emailed 1,271 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 6,640 Notice and Claim Forms to potential Settlement Class Members or nominees.  Additionally, a direct link from the webpage for the Notice and Claim Form was sent by email from SCS to 7 clients of one of the nominees and from one of the nominees to 2,761 of their clients. Since the Bravata Declaration was filed, no additional Notice and Claim Forms were mailed/direct links from the webpage for the Notice of Claim Form were emailed due to responses from Nominee Account Holders and Institutional Groups.

## ADDITIONAL EFFORTS TO NOTIFY SETTLEMENT CLASS MEMBERS

4.  After the initial requests were made[2], SCS again contacted Nominee Account Holders and Institutional Groups who did not respond from our previous requests to identify

---

[2] As part of SCS initial notice campaign, Nominee Account Holders and Institutional Groups were previously contacted in January and February 2021 by mail and e-mail to identify potential Settlement Class Members.  See the Bravata Declaration.

potential Class Members.  Any Nominee Account Holders and Institutional Groups who have not responded have been contacted several times over the past few months.  It is my opinion, Nominee Account Holders and Institutional Holders have been made fully aware of this Settlement.

5.　　On April 26, 2021, after consulting with Co-Lead Counsel, SCS mailed 6,391 reminder (postcard) notices who did not previously file a claim. SCS was also notified by one of the nominees that they emailed 2,761 of their clients a direct link of the reminder notice on the webpage.  Settlement Class Members were asked to submit their late claim by May 15, 2021. This reminder notice along with the original Postcard Notice has provided Class Members two attempts to file claims in this matter.  **Exhibit A** is a copy of the reminder postcard.

<u>**UPDATE ON TOLL-FREE PHONE LINE**</u>

6.　　The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Notice and Claim Form. SCS made the toll-free helpline available on January 13, 2021 for Settlement Class Members to call and obtain information about the Settlement.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

<u>**UPDATE ON SETTLEMENT WEBPAGE**</u>

7.　　The Bravata Declaration also noted that on January 13, 2021, SCS established the dedicated webpage at www.strategicclaims.net/oasmia/, which is accessible 24 hours a day, 7 days a week. SCS continues to maintain the webpage.  The webpage contains a current status; case deadlines; an online claim filing link; and important documents such as the Notice and Claim Form, Preliminary Approval Order, and Stipulation. On April 26, 2021, SCS updated the

webpage to notify Settlement Class Members that the Settlement Hearing will be held via videoconference.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.      The Notice, Summary Notice, and the Settlement Webpage all informed potential Settlement Class Members that written requests for exclusion were to be mailed or otherwise be delivered to Oasmia Pharmaceutical AB Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063, such that they were received no later than April 28, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

9.      Settlement Class Members who wish to object to the Settlement, any part of the Settlement, and/or to Plaintiffs' Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs, were to file objections with the Clerk of the Court and serve the papers on counsel on or before April 28, 2021. SCS has checked its mail as well and, as of the date of this Declaration, has received no objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of May 2021, in Media, Pennsylvania.


_____
Paul Mulholland

4

Oasmia Pharmaceutical AB Securities Litigation
c/o Strategic Claims Services
600 N Jackson Street – Suite 205
Media, PA 19063

# REMINDER NOTICE

Recently you were mailed a Notice of Pendency and Proposed Settlement of Class Action and a Proof of Claim Form for the Oasmia Pharmaceutical AB Securities Litigation. As of April 15, 2021 our office has not received a completed claim form from you. If you would like to participate you can fill out the form online or download a new copy at http://strategicclaims.net/oasmia. If you choose to complete and mail in the form, please send it to: Oasmia Pharmaceutical AB Securities Litigation, c/o Strategic Claims Services, 600 N Jackson Street – Suite 205, Media, PA 19063.

Although the claims filing deadline has passed, our office will process any claims received as of May 15, 2021 and Lead Counsel will recommend that the Court waive such claims' untimeliness. We cannot guarantee that the Court will allow late claims.

In order to be eligible you must be a member of the class defined as:

> The Settlement Class consists of those persons, other than Defendants, who purchased Oasmia publicly traded securities listed on United States stock exchanges during the from October 23, 2015 through October 14, 2019, both dates inclusive, and were allegedly damaged thereby. Excluded from the Settlement Class are Defendants and their immediate families, the officers and directors of the Company at all relevant times, their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

If you have any questions you can contact our office at 866-274-4004 or info@strategicclaims.net